AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.　　　　　　　　　　　　　　　　**CRIMINAL COMPLAINT**

**STEVEN TRENT TUCKER**
**DOB: 1/4/61**
**PDID: 522-851**　　　　　　　　　CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __December 23, 2005, to October 30, 2006,__ in __WASHINGTON__ county, in the District of __COLUMBIA__ defendant did, (Track Statutory Language of Offense)

knowingly failing to register or update a registration as required by the Sex Offender Registration and Notification Act

in violation of Title __18__ United States Code, Section(s) __2250__ .

I further state that I am __DEPUTY UNITED STATES MARSHAL RICHARD T. KELLY__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:　　☒ Yes　☐ No

Richard T. Kelly
Deputy U.S. Marshal, Badge # 5855
United States Marshal's Service
District of Columbia

Sworn to before me and subscribed in my presence,

_____ at　　__Washington, D.C.__
Date　　　　　　　　　　　　　　　　　　City and State

_____　　_____
Name & Title of Judicial Officer　　Signature of Judicial Officer

# AFFIDAVIT IN SUPPORT OF A
# CRIMINAL COMPLAINT

I, Richard T. Kelly, being duly sworn, depose and state as follows:

1. I am a Deputy United States Marshal currently assigned to the Capital Area Regional Fugitive Task Force of the United States Marshals Service (USMS), District Of Columbia. I have been a Deputy United States Marshal (DUSM) for over 8 years. During my service as a DUSM, I have conducted multiple successful criminal, fugitive, and protective investigations. I have received specialized training on conducting investigations over a combined 17 week period at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia during the Basic Deputy US Marshal Course and the Criminal Investigators Course. I have received additional training in areas related to conducting investigations from the Massachusetts State Police and follow on courses conducted by various Federal Agencies. I have personally arrested approximately 100 individuals for varying violations of the United States and Washington D.C Criminal Codes. Additionally, I have both led and assisted in multiple investigations that resulted in successful arrests of persons who have violated the United States and Washington D.C. Criminal Codes.

2. I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, in that I am empowered by law to conduct investigations and to make arrests. This affidavit is based upon my personal knowledge and upon information reported to me by other law enforcement officers during the course of their official duties. It is not an exhaustive account of the investigation to date. I was provided the following information jointly by the Washington DC Metropolitan Police Department (MPDC)

and the United States Marshals Service, Washington, D.C.:

3.      Steven Trent Tucker, (hereinafter referred to as "TUCKER") is described as a white male, born January 4, 1961, 5 foot-10 inches tall, approximately one hundred seventy-five pounds, green eyes, and brown hair. "TUCKER's" FBI number is 238902AB6.

4.      Before the Honorable Claude M. Hilton, U.S. District Judge for the Eastern District of Virginia, TUCKER pleaded guilty to a violation of 18 USC 2423(b), Interstate travel with intent to engage in a sexual act with a minor. On February 5, 1999, Judge Hilton sentenced TUCKER to 15 months incarceration, to be followed by a two year period of supervised release. Judge Hilton also ordered that the defendant register as a convicted sex offender.

5.      On February 26, 2001, TUCKER'S period of supervised release commenced, and he was placed on the Sex Offender Registry in Washington, D.C. The agency responsible for both of these functions is the Court Services and Offender Supervision Agency (CSOSA) for the District of Columbia. On this same date, TUCKER signed a statement acknowledging that he understood the terms and conditions that he was to follow to maintain compliance as a registered sex offender. One of these conditions was that he had a duty to report any change of home, work or school address within 3 days. He was provided with the physical address to report these changes to and he was informed of the penalties for his failure to do so.

6.      On January 27, 2006 an Affidavit in Support of an Arrest Warrant was sworn out by Sargent Robert Panizari of the Metropolitan Police Department's Sex Offender Registry Unit requesting that a warrant for the arrest of TUCKER be issued on the grounds that he was no longer in compliance with the terms and conditions of the registry. Based on this request, a misdemeanor, non-extradictable District of Columbia arrest warrant was issued. The grounds for

that warrant are as follows:

7.      In mid November of 2005, an investigation of TUCKER was begun by the Metropolitan Police Department's Sex Offender Registry Unit. The investigation began after CSOSA received an anonymous tip via phone stating that TUCKER was not living at 1715 Euclid Street, N.W., apartment #4 Washington, DC, and had been both seen in and was possibly living in Covington, Georgia.

8.      CSOSA contacted Sargent Panizari and passed on this information to him. Shortly after receiving this information, Sargent Panizari left a message on the phone number last provided by TUCKER advising him that there was some question as to whether or not he was in fact residing at the address he had provided to CSOSA and that a verification check needed to be done.

9.      According to Sargent Panizari, several weeks passed before an individual (male) called the Sex Offender Registry Unit and stated that he was an attorney calling on behalf of TUCKER and wanted to know why the police were attempting to get in contact with TUCKER.

10.      Sargent Panizari spoke with the individual and advised him that he ( Sargent Panizari) was attempting to verify the address where Registered Sex Offender Steven Tucker was currently residing. The conversation ended with the individual informing Sargent Panizari that TUCKER would contact the Sex Offender Registry Unit directly.

11.      The Sex Offender Registry Unit had no further contact with TUCKER or anyone representing TUCKER. On or about January 24, 2006, members of the Unit responded to 1715 Euclid Street N.W. Apartment #4, Washington, D.C. Their investigation of this address revealed that TUCKER no longer resided there and had arranged for an individual to sublease the

unit for the period between December 23, 2005 and March 3, 2006. You affiant received a copy of the signed lease agreement between tucker and Seema Rattan, the tenant.

12. On or about March 22, 2006, CSOSA sent a certified letter to TUCKER'S address of record, requesting that he provide verification of his sex offender registration information. TUCKER failed to do so.

13. On or about October 30, 2006, Senior Inspector Elizabeth Buck of The United States Marshals Service contacted U.S. Postal Inspector Henry Thomas regarding the whereabouts of TUCKER. Inspector Thomas indicated that his investigation revealed TUCKER to be residing at 179 County Road 700, Wynne, AR 72396 and that he (TUCKER) was receiving mail at this address.

14. On or about October 30, 2006, Senior Inspector Buck contacted Paula Stitz, Manager of the Arkansas Sex Offender Registry which is part of the Arkansas Crime Information Center. After an investigation it was determined that TUCKER was not registered as a Sex Offender in the State of Arkansas.

Based on my education, training, and experience and the facts and circumstances described above I have probable cause to believe that Steven Tucker no longer resides within the District of Columbia, nor has he reported any change of his residence to CSOSA and has thus

failed to maintain compliance as a registered Sex Offender in violation of 18 U.S.C. § 2250.

                                                        _____
                                                        Richard T. Kelly
                                                        Deputy U.S. Marshal, Badge # 5855
                                                        United States Marshal's Service
                                                        District of Columbia

SWORN TO AND SUBSCRIBED before me this ___ day of November, 2006

_____
UNITED STATES MAGISTRATE JUDGE