**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
OFFICE OF THE CLERK
600 WEST CAPITOL AVENUE
SUITE 402
LITTLE ROCK, ARKANSAS 72201-3325

JAMES W. McCORMACK                                      (501) 604-5351
CLERK OF COURT                                       FAX (501) 604-5321

                        December 18, 2006

Clerk of Court
United States District Court
333 Constitution Avenue                            **FILED**
Washington, DC 20001
                                                    DEC 2 1 2006
Re: 06-485-M-01  USDC of DC case number
    4:06mj01026 JWC USDC ED of AR case number    NANCY MAYER WHITTINGTON, CLERK
                                                     U.S. DISTRICT COURT

Dear Clerk:

   Enclosed please find the original pleadings 1 - 5 and certified copy of the docket sheet entered in the Eastern District of Arkansas case.

   The defendant appeared before Magistrate Judge Jerry W. Cavaneau on the warrant issued in your district. He waived an identity hearing and requested a preliminary hearing in the district where the charges are pending. The Court directed Defendant to report and appear before Judge Facciola on December 14, 2006 at 1:45 p.m. in the District Court of DC.

   Please acknowledge receipt of the pleadings by signing below. Enclosed is an addressed envelope for returning a copy of this letter to our district.

                            Sincerely,

                            JAMES W. McCORMACK
                            CLERK OF COURT


                            By /s/ Betty Tyree
                                 Deputy Clerk

Enclosures

Name _____     Date _____

# U.S. District Court
## Eastern District of Arkansas (Little Rock)
### CRIMINAL DOCKET FOR CASE #: 4:06-mj-01026-JWC-ALL
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Tucker | Date Filed: 12/07/2006 |
| Other court case number: 06-485-M-01 USDC - District of Columbia | |

Assigned to: Magistrate Judge Jerry W. Cavaneau

### Defendant

**Steven Trent Tucker** (1)　　represented by　**Jenniffer Morris Horan**
*TERMINATED: 12/08/2006*　　　　　　　　　　Federal Public Defenders Office - LR
　　　　　　　　　　　　　　　　　　　　　　　　The Victory Building
　　　　　　　　　　　　　　　　　　　　　　　　1401 West Capitol Avenue
　　　　　　　　　　　　　　　　　　　　　　　　Suite 490
　　　　　　　　　　　　　　　　　　　　　　　　Little Rock, AR 72201
　　　　　　　　　　　　　　　　　　　　　　　　(501) 324-6116
　　　　　　　　　　　　　　　　　　　　　　　　Email: Jenniffer.Horan@FD.org
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Pending Counts**　　　　　　　　　　　　　　**Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**　　　　　　　　　　　　**Disposition**
None

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By_____ D.C.

**Highest Offense Level (Terminated)**
None

**Complaints**　　　　　　　　　　　　　　　　**Disposition**
CMP 18:2251.F - Failing to register or update a registration as required by the Sex Offender Registration and Notification Act

**Plaintiff**

USA                          represented by   **John Ray White**
U. S. Attorney's Office - Little Rock
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
(501) 340-2621
Email: John.White2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2006 | 1 | Rule 5(c)(3) Documents Received from USDC-District of Columbia as to Steven Trent Tucker (bmt) (Entered: 12/07/2006) |
| 12/07/2006 |   | Arrest (Rule 40) of Steven Trent Tucker (bmt) (Entered: 12/07/2006) |
| 12/08/2006 |   | Attorney update in case as to Steven Trent Tucker. Attorney John Ray White for USA added. (bmt) (Entered: 12/08/2006) |
| 12/08/2006 | 2 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) Minute Entry for proceedings held before Judge Jerry W. Cavaneau: Initial Appearance in Rule 5(c)(3) Proceedings as to Steven Trent Tucker held on 12/8/2006. Appearance entered by Jenniffer Morris Horan for Steven Trent Tucker on behalf of defendant for the purpose of this hearing only. Defendant waived identity hearing but requested a preliminary hearing in the district where the charges are pending. Following testimony of witnesses, the Court ruled that Defendant be detained pending further proceedings in District Court of Columbia. The Court will issue an Order of Commitment to the District of Columbia. Defendant is committed to the custody of the US Marshal to be detained and transported. Initial appearance before Judge Facciola is scheduled for Thursday, December 14, 2006 at 1:45 p.m. AUSA - John Ray White; Defense - Jenniffer Horan; USPO - Rodney Seals (ERO Betty Tyree. (bmt) (Entered: 12/08/2006) |
| 12/08/2006 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Steven Trent Tucker. Jenniffer Morris Horan for Steven Trent Tucker appointed for the purpose of this hearing only. Signed by Judge Jerry W. Cavaneau on 12/8/06. (bmt) (Entered: 12/08/2006) |
| 12/08/2006 | 4 | WAIVER of Rule 5 and 5.1 Hearings by Steven Trent Tucker (bmt) (Entered: 12/08/2006) |
| 12/08/2006 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Steven Trent Tucker. Defendant committed to District of Columbia. Signed by Judge Jerry W. Cavaneau on 12/8/06. (bmt) (Entered: 12/08/2006) |
| 12/08/2006 |   | ***Terminated defendant Steven Trent Tucker, pending deadlines, and motions. (bmt) (Entered: 12/08/2006) |

| 12/18/2006 | 6 | Letter to the USDC of District Columbia with original pleadings and certified copy of docket sheet requesting acknowledgement of receipt. (bmt) (Entered: 12/18/2006) |