UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | CRIMINAL NO. 06-485M-01 |
| | : | |
| **STEVEN TUCKER,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

UNITED STATES' MOTION TO DISMISS

COMES NOW, the United States of America, by and through the undersigned attorneys and hereby moves the Court for an order dismissing this matter without prejudice.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
MICHAEL T. TRUSCOTT
Assistant United States Attorney
Member of the New York Bar
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4237
Washington, D.C. 20530
202-514-7533