# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :
    :
    v.     :     CRIMINAL NO. 06-485M-01
    :
    :
STEVEN TUCKER,     :
    :
    Defendant.     :
    :

**FILED**

JAN 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Having come on to be heard, the United States' Motion to Dismiss in the above-referenced

matter, and having considered the entire record herein, the Court hereby

GRANTS the United States' Motion to Dismiss and, it is,

ORDERED that the above-referenced matter is hereby dismissed without prejudice.

DATED: _January 8, 2007_


_____
UNITED STATES MAGISTRATE JUDGE
DEBORAH ROBINSON