UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| V. | : | Case No.:2006-485-M-01 |
| | : | Magistrate Judge Kay |
| | : | |
| **STEPHEN L. TUCKER** | : | |

### MOTION TO ENTER APPEARANCE

Please enter Jon W. Norris as retained counsel of record in the above captioned matter. Counsel is in good standing with the District of Columbia Bar.

Respectfully Submitted,

_____
Jon W. Norris (Bar # 426105)
**LAW OFFICES OF JON W. NORRIS**
641 Indiana Avenue, NW
2nd Floor
Washington D.C., 20004
(202) 842-2695
(202) 842-2627fax

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of January, 2007, I caused a true and correct copy of the foregoing Motion to Enter Appearance to be delivered to the parties in this matter via Electronic Case Filing (ECF)

_____
Jon W. Norris

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| V. | : | **Case No.:2006-485-M-01** |
| | : | **Magistrate Judge Kay** |
| | : | |
| **STEPHEN L. TUCKER** | : | |

# **ORDER**

Upon counsel's motion to enter appearance, it is hereby **ORDERED** on this

_____ day of January, 2007; that said Motion is **GRANTED** and Attorney Jon W.

Norris shall be entered as the defense attorney of record on behalf of Mr. Tucker.


_____
Magistrate Judge Kay